■ DOROTHY A. ALLOCCA, Respondent, v LISA R. PEPPER et al., Appellants. [688 NYS2d 910] —In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Nassau County (Davis, J.), dated December 11, 1997, which denied their motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the defendants failed to meet their initial burden of demonstrating that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d), and thus, they were not entitled to summary judgment (see generally, Gaddy v Eyler, 79 NY2d 955, 956-957; Licari v Elliott, 57 NY2d 230). S. Miller, J. P., Sullivan, Friedmann, Luciano and Feuerstein, JJ., concur.

■ ANNA M. BELKIN et al., Appellants, v MIDDLE COUNTRY CENTRAL SCHOOL DISTRICT et al., Respondents. (And a Third-Party Action.) [691 NYS2d 84] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated April 28, 1998, which granted the respective motions of the defendants to dismiss the complaint insofar as asserted against them.

Ordered that the order is affirmed, with one bill of costs to the defendants appearing separately and filing separate briefs.

The plaintiff Anna M. Belkin was injured when her foot became caught in a two-inch gap in the riser of a staircase which was part of playground equipment on the premises of the Holbrook Road Elementary School, where she had taken her children to play.

The defendants established that the playground equipment was built for young children according to specifications. The plaintiffs' contention that the design was inherently dangerous for its intended use is unsupported by legally-competent proof (see, Prosser v County of Erie, 244 AD2d 942; Pinzon v City of New York, 197 AD2d 680; McCarthy v State of New York, 167 AD2d 516; Dolan v City of New York, 5 AD2d 300). O'Brien, J. P., Goldstein, Luciano and Schmidt, JJ., concur.